UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GAARIES WILLIAMS, § | | |
| TDCJ-CID #1428755 § | | |
| § | | |
| v. § | C.A. NO. C-07-215 | |
| § | | |
| CHRIS DORSEY ET AL. § | | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO DISMISS ACTION

The United States Magistrate Judge filed his Memorandum and Recommendation on July 9, 2007 (D.E. 20). Plaintiff did not file objections. When no timely objection is filed, the Court need only satisfy itself that there is no "clear error" on the face of the record in order to accept the Magistrate Judge's recommendation. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir.1996) (citing FED. R. CIV. P. 72(b) advisory committee's note (1983)).

Having reviewed the pleadings and motions on file, the Court finds no clear error in the Magistrate Judge's recommendation. The Court accepts the Magistrate Judge's recommended decision and DISMISSES plaintiff's Eighth Amendment and habeas corpus claims without prejudice. All of plaintiff's other claims are DISMISSED with prejudice.

ORDERED this _____26_____ day of _____Aug_____, 2007.

_____
HAYDEN HEAD
CHIEF JUDGE